UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
APL CO. PTE LTD. and AMERICAN
PRESIDENT LINES, LTD.,

          Plaintiffs,

-v-

BLUE WATER SHIPPING U.S. INC.,

          Defendant.
-------------------------------------------------------------X

ORDER

05 Civ. 3454 (JLC)

(ECF Case)

JAMES L. COTT, United States Magistrate Judge.

On March 18, 2008, Magistrate Judge Douglas F. Eaton entered summary judgment in favor of Plaintiffs. On February 1, 2010, following an appeal, the United States Court of Appeals for the Second Circuit issued a mandate vacating the judgment, in part, and remanded. Thereafter, the parties have reported to the Court periodically on their efforts to reach a settlement. By letter dated May 13, 2010, the parties advised the Court that they have been unable to reach a settlement to date and requested a status conference.[1]

Accordingly, the parties are directed to appear for a status conference on June 17, 2010, at 3:00 p.m. in Courtroom 6A, United States Courthouse, 500 Pearl Street, New York, New York. The parties are further directed to submit to the Court a joint letter, no later than June 10, 2010, regarding the issues that they propose be addressed at the conference.

SO ORDERED.

Dated: New York, New York
       May 28, 2010

JAMES L. COTT
United States Magistrate Judge

---

[1] This case was assigned to Magistrate Judge Eaton for all purposes pursuant to 28 U.S.C. § 636(c), and was reassigned to me subsequent to his retirement.

USDNY
DATE SCANNED 6/1/10

**Copies of this Order are being sent via ECF to:**

James H. Hohenstein
Holland & Knight LLP
195 Broadway
New York, NY 10007
(212) 513-3200
jim.hohenstein@hklaw.com

Wayne Allen Parker
Holland & Knight LLP
31 West 52nd Street
New York, NY 10019
(212) 513-3570
Fax: 212) 385-9010
wayne.parker@hklaw.com

David K. Monroe
Galland, Kharasch, Greenberg,
 Fellman & Swirsky, P.C.
1054 31st Street, N.W.
Suite 200
Washington, DC 20007-4492
(202) 342-5236